*J. T. Dye* and *A. C. Harris,* for appellant.

*J. S. Harvey,* for appellees.

————•————

## AYLESWORTH *v.* MILFORD, Ex'r, ET AL.

APPEAL.—*Non-Joinder of Co-Parties.*—*Notice.*—Where one of two judgment defendants appeals to the Supreme Court, and does not join his co-defendant in the appeal, or give him notice as required by section 551 of the code, the appeal will be dismissed.

APPEAL from the Fountain Common Pleas.

PETTIT, J.—This suit was brought by Milford, Ex'r, against Aylesworth and McElroy, on a promissory note, and judgment was rendered against both of the defendants, and Aylesworth only appeals, and has not joined his co-defendant with him in the appeal, nor has he given McElroy notice, as required by sec. 551, 2 G. & H. 270.

The numerous and uniform rulings of this court are, that in such a case, the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellant.*

*M. Milford,* for appellant.

* Motion to reinstate overruled.